NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

CATALINA GARCIA
2182 Maple Street, Unit 102
Costa Mesa CA 92827

FILED
2012 NOV -2 AM 10: 38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

ATTORNEYS FOR: Catalina Garcia in pro per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OWB REO, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s), | SACV12 - 01903 JVS (MLGx) |
| v. | |
| CATALINA GARCIA, AND DOES 1 TO 10, INCLUSIVE | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for CATALINA GARCIA (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| OWB REO LLC | Plaintiff |
| OFFICE OF THE COMPTROLLER | Foreclosure investigation |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | Federal Mortgage regulator |
| SECURITIES AND EXCHANGE COMMISSION | Federal Registry and Regulator of Securities |
| F.D.I.C. | Federal banking insurer |
| MORTGAGE ELECTRONIC REGISTRATION ASSOCIATION | Mortgage service registrar |
| PMC BANCORP | Related lender on subject property |

11/2/12
Date

*Catalina Garcia*
Sign

Catalina Garcia
Attorney of record for or party appearing in pro per

CV-30 (12/03) — NOTICE OF INTERESTED PARTIES